No. 396. BUGGS *v.* FORD MOTOR COMPANY. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Edgar B. Tolman* and *Jacob Geffs* for petitioner. *Messrs. Carl Muskat, Clifford B. Longley,* and *Wallace R. Middleton* for respondent.

No. 398. HAMILTON LABORATORIES, INC. *v.* MASSENGILL, DOING BUSINESS AS S. E. MASSENGILL COMPANY. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. W. B. Morton* for petitioner. *Mr. Clair V. Johnson* for respondent.

No. 402. MAIN & McKINNEY BUILDING CO. *v.* COMMISSIONER OF INTERNAL REVENUE. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edward S. Boyles* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. J. Louis Monarch* and *Arnold Raum* for respondent.

No. 404. SOUTHERN MINERALS CORP. *v.* SIMMONS ET AL. October 21, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Dan Moody* for petitioner.

No. 431. KEATON *v.* OKLAHOMA CITY ET AL. See *ante,* p. 616.

No. 345. CLARK *v.* ALABAMA. On petition for writ of certiorari to the Supreme Court of Alabama; and